# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE SANCHEZ,<br><br>      Plaintiff,<br><br>v.<br><br>ELY STATE PRISON MEDICAL, *et al.*,<br><br>      Defendants. | 3:22-cv-00076-ART-CSD<br><br>**ORDER EXCLUDING CASE FROM EARLY MEDIATION PROGRAM** |

  Plaintiff, Jasmine Paul Sanchez - Inmate #1148512, is a frequent litigator in this court. Plaintiff currently has several open cases pending before this court. Since 2018, Plaintiff has filed 30 civil rights actions. Plaintiff has attended multiple inmate mediations in civil rights cases which have proved both unproductive and unsuccessful. (*See*, 3:18-cv-00475-MMD-WGC; 3:21-cv-00331-MMD-CLB; 3:21-cv-00362-ART-CSD; 3:21-cv-00408-MMD-CLB).

  The court has reviewed this case and, while not opining on the merits, has determined that it shall be excluded from the inmate mediation program in order to preserve the court's limited resources. An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track. The parties are free to privately discuss settlement if they so choose.

  DATED: February 16, 2023.



UNITED STATES MAGISTRATE JUDGE